# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| MALCOLM ZABAD WASHINGTON, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:21-cv-70 |
| v. | * | |
| STATE OF GEORGIA, | * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 16. Petitioner Malcolm Washington ("Washington") did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Washington's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. The Court **DENIES** Washington *in forma pauperis* status

AO 72A
(Rev. 8/82)

on appeal.

    **SO ORDERED**, this \_\_\_2\_\_ day of \_\_June\_\_, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)