AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MALCOLM ZABAD WASHINGTON,

        Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV521-070

STATE OF GEORGIA,

        Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's June 2, 2022 Order adopting the Magistrate Judge's Report and Recommendation as the opinion of the Court, Petitioner's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus is dismissed without prejudice, and Petitioner is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

6/2/2022
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020